UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERIMIAH FERNANDEZ,

        Plaintiff,

  v.

WORLDWIDE FLIGHT SERVICES, INC. et al,

        Defendant.

C24-1421 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to remand, docket no. 7, is GRANTED. Each party shall bear their own costs and fees associated with removal and remand.

(2) The Clerk is DIRECTED to remand this matter to the King County Superior Court, effective immediately, and to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2024.

                                      Ravi Subramanian
                                      Clerk

                                      s/Laurie Cuaresma
                                      Deputy Clerk

MINUTE ORDER - 1